January 25, 2015



Office of Federal Public Defender
301 North Elm Street, Suite 410
Greensboro, NC 27401

I'm contacting your office to request assistance with the retroactively applied Amendment 782, Drugs-Minus Two. My drug case [Docket # 1:13CR129-2] was handled in the Middle District of North Carolina. I believe I'm eligible for a reduction of sentence and request your assistance in reviewing my case for eligibility. I'm currently incarcerated at FCI Elkton, Ohio. I have maintained a clean disciplinary record, proactively worked, and followed through with education programming. I hope this is of help to you in seeking a reduction or stipulation agreed with the Court and U.S. Attorney on a new favorable sentence. I await your response and or instructions for me to follow. I thank you in advance.

01/25/15

SERAFIN CASTILLO
Serafin Castillo-Campos  #28982-057

SERAFIN CASTILLO-CAMPOS
REG # 28982-057
FCI ELKTON
P.O. Box 10
Lisbon, OH 44432

Request and Consent to Representation by the Middle District of North Carolina Federal Defender's Office.

I request and consent to representation by the Middle District of North Carolina Federal Defender's Office for a reduction to my sentence under Amendment 782 to the Federal Sentencing Guidelines. I understand this representation is for the limited purpose of seeking a reduction to my sentence and that the Middle District of North Carolina Federal Defender's Office does not represent me on any other claim I am pursuing or plan to pursue.

01/25/15

SERAFIN CASTILLO
SERAFIN CASTILLO-CAMPOS #28982-057

SERAFIN CASTILLO-CAMPOS
REG #: 28982-057
FCI EIKTON
P.O. BOX 10
Lisbon, OH 44432